CLOSED, STAY

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:07-cv-40254-FDS

Bernard v. Merck & CO., Inc. et al
Assigned to: Judge F. Dennis Saylor, IV
Demand: $5,000,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/27/2007
Date Terminated: 11/13/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Darlene Bernard**  represented by  **Marilyn T. McGoldrick**
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110
617-720-1333
Fax: 617-720-2445
Email: mmcgoldrick@tenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & CO., Inc.**  represented by  **Catherine H. Wicker**
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210
617-832-3108
Fax: 617-832-7000
Email: cwicker@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**  represented by  **J. Christopher Allen, Jr.**
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110
617-345-1000
Fax: 617-345-1300
Email: callen@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Joseph J. Leghorn
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110
617-345-1000
Fax: 866-947-1719
Email: jleghorn@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2007 | 1 | COMPLAINT against all defendants Filing fee: $ 350, receipt number 1683440, filed by Darlene bernard. (Attachments: # 1 Civil Cover Sheet # 2 category sheet# 3 Summons)(McGoldrick, Marilyn) (Entered: 09/27/2007) |
| 09/28/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge F. Dennis Saylor, IV assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Hillman. (Hassett, Kathy) (Entered: 09/28/2007) |
| 09/28/2007 | | Summons Issued as to Merck & CO., Inc., Pfizer Inc. (Hassett, Kathy) (Entered: 09/28/2007) |
| 10/15/2007 | 2 | ANSWER to Complaint with Jury Demand by Merck & CO., Inc.. (Wicker, Catherine) (Entered: 10/15/2007) |
| 10/31/2007 | 3 | NOTICE of Appearance by J. Christopher Allen, Jr on behalf of Pfizer Inc. (Allen, J.) (Entered: 10/31/2007) |
| 10/31/2007 | 4 | NOTICE by Pfizer Inc. *of Waiver of Service* (Allen, J.) (Entered: 10/31/2007) |
| 10/31/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Pfizer Inc.. (Allen, J.) (Entered: 10/31/2007) |
| 11/02/2007 | 6 | NOTICE of Appearance by Joseph J. Leghorn on behalf of Pfizer Inc. (Leghorn, Joseph) (Entered: 11/02/2007) |
| 11/02/2007 | 7 | Assented to MOTION to Stay *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Merck & CO., Inc.. (Attachments: # 1 Errata A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Wicker, Catherine) (Entered: 11/02/2007) |
| 11/02/2007 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 7 Motion to Stay. (Castles, Martin) (Entered: 11/02/2007) |
| 11/08/2007 | 8 | ANSWER to Complaint with Jury Demand by Pfizer Inc..(Allen, J.) (Entered: 11/08/2007) |

| | | |
|---|---|---|
| 11/13/2007 | 9 | Copy of MDL Conditional Transfer Order number 85, Bextra in MDL Case 1699 received from the mdl court. (Jones, Sherry) Modified on 11/13/2007 (Jones, Sherry). (Entered: 11/13/2007) |
| 11/13/2007 | 10 | Copy of MDL Conditional Transfer Order number 120 in MDL Case 1657, Vioxx received from the mdl court. (Jones, Sherry) (Entered: 11/13/2007) |
| 11/13/2007 | 11 | Certified copy of MDL Conditional Transfer Order number 85 in MDL Case 1699, Bextra received from District of Northern District of California requesting transfer of case for consolidated pretrial proceedings for the claims relating to Bextra and Celebrex Marketing. (Jones, Sherry) (Entered: 11/13/2007) |
| 11/13/2007 | | Case transferred to the Northern District of California pursuant to Certified Transfer Order entered by the MDL Panel on transfer order #85, as to the claims concerning Bextra & Celebrex Marketing. Electronic pleadings and certified copy of transfer order and certified copy of the docket sheet emailed to the Clerk in that district. (Jones, Sherry) (Entered: 11/13/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2007 15:06:42 | | | |
| PACER Login: | ■ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:07-cv-40254-FDS |
| Billable Pages: | 2 | Cost: | 0.16 |