1  Williams Kherker Hart Boundas, L.L.P.
   8441 Gulf Freeway, Suite 600
2  Houston, TX 77017-5051
   Telephone: 713-230-2200
3  Facsimile: 713-643-6226
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| This Document Relates To:<br><br>*Franklin Dickerson, et al. v. Pfizer Inc* (07- 1325 CRB)<br><br>*Darlene Bernard v. Pfizer Inc* (07-5745 CRB)<br><br>*Violet L. Stroud v. Pfizer Inc* (07-5994 CRB)<br><br>*Thomas L. Penticoff v. Pfizer Inc* (07-6147 CRB)<br><br>*James Lingerfelt v. Pfizer Inc* (10-0570 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//

//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

each side bearing its own attorneys' fees and costs.

DATED: 3/7, 2010    By: _____

WILLIAMS KHERKER HART BOUNDAS, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: 713-230-2200
Facsimile: 713-643-6226

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-